UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XYNGULAR CORPORATION,

    Plaintiff.

v.

MARC SCHENKEL,

    Defendant.

Case No. 13-mc-80123-EMC (JCS)

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 6

IT IS HEREBY ORDERED that Plaintiff shall show cause, by written response filed on or before July 25, 2013, why the Motion to Compel Non-Party Ian Swan's Compliance in Response to Xyngular Subpeona to Produce Documents (the "Motion") should not be DENIED for failure to comply with the Court's Order of June 12, 2013, issued by District Judge Edward M. Chen, ordering that "After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute."

IT IS SO ORDERED.

Dated: July 15, 2013

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge