UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XYNGULAR CORPORATION,

    Plaintiff,

  v.

MARC SCHENKEL,

    Defendant.

Case No. 13-mc-80123-EMC   (JCS)

**ORDER TO FILE JOINT LETTER**

IT IS HEREBY ORDERED THAT Plaintiff and Third-Party Swan shall file a joint letter pursuant to the Court's order of June 12, 2013, on or before **September 13, 2013.**

If no joint letter is filed, Plaintiff and Third-Party Swan shall show cause, in writing, on **September 13, 2013**, for their failure to file a joint letter.

Counsel for Plaintiff is ordered to serve a copy of this Order upon counsel for Third-Party Swan.

IT IS SO ORDERED.

Dated: July 30, 2013

JOSEPH C. SPERO
United States Magistrate Judge